UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George T. Tebbs,

Plaintiff,

Civil No. 01-1026 JMR/SRN

vs.

**STIPULATED PROTECTIVE ORDER**

Loram Maintenance of Way, Inc.

Defendant.

WHEREAS, the parties have made discovery requests and may in the future serve additional discovery requests;

WHEREAS, certain materials requested in the course of discovery contain confidential information;

WHEREAS, counsel for the parties are willing to enter into a Stipulation and Protective Order as a condition to the disclosure of such confidential information and/or the inspection and copying of documents containing confidential information; and

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the Court without further notice in order to safeguard the confidentiality of certain information and documents while allowing the opportunity for reasonable discovery.

**IT IS HEREBY STIPULATED AND ORDERED** as follows:

1. All information, documents, or materials produced including, without limitation, pleadings, answers to interrogatories, responses to other discovery requests,

NOV 01 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

deposition transcripts, and documents which have been marked, stamped, or otherwise identified by either party as "Confidential" (hereinafter "Confidential Materials") shall be subject to the following restrictions of this Order.

2. Access to any Confidential Materials shall be limited to the following persons:

(a) Counsel for the parties and their associates, legal assistants, or other support employees who have a demonstrable need for such disclosure in order to conduct this litigation;

(b) the plaintiff, the defendant, and defendant's officers, agents, or employees who have a need for such disclosure in order to conduct this litigation;

(c) any expert or consultant retained for the conduct of this litigation;

(d) any deponent or trial witness who has seen such Confidential Materials before this lawsuit was commenced as part of his or her normal and legitimate duties or functions;

(e) any deponent or trial witness who has a need to see such Confidential Materials in order to testify or to prepare for giving testimony; and

(f) the Court and authorized Court personnel.

Before disclosing Confidential Materials to any person in categories (c) or (e) above, each such person shall state under oath in a written document in the form of Exhibit A (attached) that he or she is fully familiar with and agrees to comply with the terms of this Protective Order and further agrees to submit to the jurisdiction of this Court. Counsel shall maintain a file of the originals of each signed Exhibit A. Upon request, counsel will provide opposing counsel with a copy of any or all such executed documents.

3. Confidential Materials shall not be used for any purpose other than the conduct of this lawsuit and shall not be disclosed in any way to any other person beyond those described in Paragraph 2 above, nor shall such Confidential Materials or their contents be publicized in any manner.

4. If a dispute arises as to the designation of materials as Confidential Materials, the parties agree to attempt to resolve the issue in good faith. If the matter is not resolved by the parties themselves, the party challenging the confidential status of information claimed to be restricted by this Stipulation and Protective Order shall bring the dispute before the Court for a determination of the matter.

5. Any pleadings filed with the Court which include Confidential Materials or their contents shall bear on their front page a statement "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION AND SHOULD BE FILED UNDER SEAL."

6. If either party intends to utilize at trial any materials designated as Confidential Materials by the opposing party, then counsel shall so inform the opposing counsel in accordance with the Rules of Court or other order of the Court governing identification of trial exhibits in order that the opposing counsel may take any steps deemed reasonable to preserve the confidentiality of such materials or the contents thereof.

7. This Protective Order and the handling of Confidential Materials may be the subject of further orders of the Court and nothing herein shall preclude any party from

applying to the Court for a modification of this Order or for the reclassification of any Confidential Materials as may be appropriate.

8. The obligations of this Protective Order are continuing and shall not terminate at the conclusion of this litigation. Upon settlement or final determination of this litigation, all Confidential Materials and all available copies, summaries, compilations, abstracts or any other document or material setting forth the contents of any Confidential Materials shall be returned or destroyed.

9. Where information or documents are disclosed by a non-party pursuant to deposition, a subpoena *duces tecum*, or otherwise such information or documents will be reviewed initially only by counsel, and each party shall have twenty days from the date of such production to designate any such information or documents as Confidential Materials.

10. Nothing in this Protective Order precludes a party from using any document or item it has designated as Confidential Materials as such party sees fit.

**SO STIPULATED:**

Dated: October 18, 2001

OBASI LAW OFFICES

By ____________________
Christopher O. Obasi (#296223)
5740 Brooklyn Boulevard
Brooklyn Center, MN 55429
Telephone: (763) 560-8417

Attorney for Plaintiff George T. Tebbs

Dated: October 30, 2001

DORSEY & WHITNEY LLP

By ____________________
Joseph W. Hammell (#172968)
Julie Meany (#256213)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Loram Maintenance of Way, Inc.

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: November 1, 2001

BY THE COURT

____________________
Susan Richard Nelson
United States Magistrate Judge

**EXHIBIT A**

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

The undersigned hereby acknowledges that he or she has received a copy of the Protective Order entered in George T. Tebbs v. Loram Maintenance of Way, Inc., Civil File No. 01-1026 JMR/SRN has read such Protective Order, agrees to be bound by all of the terms thereof, and further agrees that the U.S. District Court for the District of Minnesota may exercise jurisdiction over him/her to enforce such Protective Order.

Dated: ______________________ ______________________________________

Subscribed and sworn to before me
this ______ day of ________, 2001.

____________________________
Notary Public

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.