UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George T. Tebbs

Plaintiff,

Case File No. 01-1026 JMR/SRN

**STIPULATION OF THE PARTIES AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

Loram Maintenance of Way, Inc.,
A Minnesota Corporation,

Defendant.

The parties hereto, by and through their counsel of record, hereby stipulate, agree, and jointly move the Court to amend the Court's Pretrial Order as follows:

The Plaintiff's response to Defendant's summary judgment motion will be due on Tuesday, September 3, 2002, and Defendant's reply brief due on Tuesday, September 17, 2002. The filing deadline for dispositive motions shall be extended to September 17, 2002.

Dated: August 28, 2002

**OBASI LAW OFFICE**

Christopher O Obasi, 296223
5740 Brooklyn Boulevard, Ste.220
Brooklyn Center, MN 55429
Ph: (763) 560-8417; Fax. (763) 560-8417

Attorney for Plaintiff

Dated: 8/28 2002

**DORSEY & WHITNEY LLP**

Judith Williams-Killackey#280227
50 South Sixth Street
Minneapolis, MN 55402-1498
Ph: (612) 340-2600
Facsimile: (612) 340-2868

Attorney for Defendant

AUG 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS SO ORDERED** that the Plaintiff's response to Defendant's summary judgment motion will be due on Tuesday, September 3, 2002, and Defendant's reply brief on Tuesday, September 17, 2002. The parties shall file dispositive motions on September 17, 2002

Dated: 29th day of August 2002 **BY THE COURT:**

Susan Richard Nelson

The Honorable Susan R. Nelson
Magistrate Judge, United District Court