UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1026 (JMR/SRN)

George T. Tebbs )
)
v. ) ORDER
)
Loram Maintenence of Way, Inc. )

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on December 13, 2002. Based on the files, records, and proceedings herein,

Defendant's motion for summary judgment [Docket No. 13] is denied.

IT IS SO ORDERED.

Dated: December 26th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 2 6 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS