UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-1026 (JMR/SRN)

George Tebbs )
)
v. ) ORDER
)
Loram Maintenance of Way Inc )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 25th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK