UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George Tebbs,

Plaintiff,

v.

Loram Maintenance of the Way, Inc.,

Defendant.

File No. 01-1026

**STIPULATION FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that this action shall be dismissed with prejudice, without award of costs or disbursements to either party.

Dated: Feb. 25, 2003

Christopher O. Obasi (#296223)
Obasi Law Office
5740 Brooklyn Boulevard, Suite 220
Brooklyn Center, MN 55429

Dated: Feb 25, 2003

DORSEY & WHITNEY LLP

By: Joseph W. Hammell

Joseph W. Hammell (#172968)
50 South Sixth Street
Minneapolis, MN 55402

Attorneys for Defendant

FILED 2-28-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

ORDER

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT this action shall be dismissed with prejudice, without award of costs or disbursements to either party.

Dated: February 27th, 2003

BY THE COURT

The Honorable James Rosenbaum
United States District Court Judge